# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANACONDA, INC., ) | |
| ) | |
| Plaintiff, ) | C.A. No. 24-925-MN |
| ) | |
| v. ) | |
| ) | |
| INTEL CORPORATION, ) | **DEMAND FOR JURY TRIAL** |
| ) | |
| Defendant. ) | |

## ANACONDA, INC.'S REQUEST FOR ORAL ARGUMENT

Plaintiff Anaconda, Inc. ("Anaconda") respectfully submits that Defendant Intel Corporation's Motion to Strike Demand For Statutory Damages and Attorneys' Fees (D.I. 18) can be decided on the briefing, which is now complete. *See* D.I. 19, 28, 30. Should the Court deem oral argument beneficial, however, Anaconda requests oral argument pursuant to D. Del. LR 7.1.4.

OF COUNSEL:

Maximilian A. Grant
Sarang V. Damle
Holly K. Victorson
Nicole E. Bruner
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
(202) 637-2200

Dated: October 31, 2024

*/s/ Kelly E. Farnan*
Kelly E. Farnan (#4395)
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
farnan@rlf.com

*Attorneys for Plaintiff Anaconda, Inc.*