# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANACONDA, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 24-925-CFC |
| v. | ) |
| | ) |
| INTEL CORPORATION, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION AND [PROPOSED] ORDER TO STAY AND EXTEND DEADLINES

WHEREAS, the parties have been negotiating in good faith to resolve this case;

WHEREAS, the parties jointly request that the Court stay all deadlines in this case for 90 days to facilitate further settlement discussions between the parties without incurring unnecessary litigation costs;

WHEREAS, the parties jointly request that the Court extend remaining case deadlines consistent with the parties' request stay; and

IT IS STIPULATED by the parties, subject to the approval of the Court, that the case schedule be extended as follows, including the addition of deadlines for submission of joint status reports to the Court:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Joint Status Report on Settlement | | March 13, 2026 |
| Joint Status Report on Settlement | | April 17, 2026 |
| Joint Status Report on Settlement | | May 15, 2026 |
| Document Production Substantially Complete (D.I. 54 ¶ 3.b.) | March 20, 2026 | June 26, 2026 |
| Joinder of Other Parties and Amendment of Pleadings (D.I. 54 ¶ 2) | April 24, 2026 | August 3, 2026 |
| Fact Discovery Cut Off (D.I. 54 ¶ 3.a.) | June 18, 2026 | September 18, 2026 |
| Expert reports for the party who has the initial burden of proof on the subject matter (D.I. 54 ¶ 11.a.) | July 24, 2026 | October 16, 2026 |
| Expert reports to contradict or rebut evidence on the same matter identified by another party (D.I. 54 ¶ 11.a.) | September 4, 2026 | November 30, 2026 |
| Reply expert reports from the party with the initial burden of proof (D.I. 54 ¶ 11.a.) | October 2, 2026 | December 28, 2026 |
| Expert depositions completed (D.I. 54 ¶ 11.a.) | November 13, 2026 | February 8, 2027 |
| Case Dispositive Motions and Opening Briefs Therefor; *Daubert* Motions and Opening Briefs Therefor (D.I. 54 ¶ 12.a.) | December 18, 2026 | March 8, 2027 |
| Responsive Briefs for Dispositive and *Daubert* Motions (D.I. 54 ¶ 12.a.) | January 15, 2027 | April 5, 2027 |
| Reply Briefs for Dispositive and *Daubert* Motions (D.I. 54 ¶ 11.a.) | February 19, 2027 | May 3, 2027 |
| Jury Instructions, Voir Dire, and Special Verdict Forms (D.I. 54 ¶ 19) | May 5, 2027 | July 19, 2027 |
| Joint Proposed Pretrial Order (D.I. 54 ¶ 14) | May 5, 2027 | July 19, 2027 |
| Pretrial Conference (D.I. 24 ¶ 14) | May 26, 2027 | August 9, 2027 |
| Jury Trial (4–5 days) (D.I. 24 ¶ 20) | June 7, 2027 | August 23, 2027 or later based on Court's availability |

| | |
|---|---|
| RICHARDS, LAYTON & FINGER, P.A. | POTTER ANDERSON & CORROON LLP |
| By: */s/ Kelly E. Farnan*<br>   Kelly E. Farnan (#4395)<br>   Sara M. Metzler (#6509)<br>   One Rodney Square<br>   920 North King Street<br>   Wilmington, DE 19801<br>   (302) 651-7700<br>   farnan@rlf.com<br>   metzler@rlf.com | By: */s/ Philip A. Rovner*<br>   Philip A. Rovner (#3215)<br>   Nicole K. Pedi (#6236)<br>   Hercules Plaza, 6th Floor<br>   1313 North Market Street<br>   Wilmington, DE  19801<br>   (302) 984-6000<br>   provner@potteranderson.com<br>   npedi@potteranderson.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

SO ORDERED this _____ day of February, 2026.

_____
CHIEF UNITED STATES DISTRICT JUDGE

3